
FILED
VANESSA L. ARMSTRONG, CLERK
NOV - 3 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA            PLAINTIFF

vs.            CRIMINAL ACTION NO. 3:20-CR-100-RGJ

**BRAD LEE SCHUHMANN**            DEFENDANT

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and moves the Court, pursuant to Fed. R. Crim. P. 6(e), to order and direct that the Indictment returned by the Federal Grand Jury this November 3, 2020, charging the above-named defendant with a violation of 18 U.S.C. § 242, be kept secret until the defendant is in custody, or has given bail, or the summons is returned unexecuted, and to further order that until the defendant is in custody, or has given bail, or the summons is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrant for the arrest of the defendant.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

*Jo Lawless*

Jo E. Lawless
Assistant United States Attorney