| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF KENTUCKY<br>AT LOUISVILLE | **FILED**<br>Vanessa L Armstrong, Clerk<br>Nov 10 2020<br>U.S. District Court<br>Western District of Kentucky |

UNITED STATES OF AMERICA                                                                 PLAINTIFF

vs.                                                            CRIMINAL ACTION NO. 3:20CR-100-RGJ

BRAD LEE SCHUHMANN                                                                     DEFENDANT

## MOTION TO UNSEAL

Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and moves the Court to unseal the Indictment.

Respectfully Submitted,

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5912 (fax)

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on Patrick Renn, counsel for Brad Schuhmann, *via* electronic transmission on November 9, 2020.

/s/ *Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney