UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

vs.                                               CRIMINAL ACTION NO. 3:20CR-100-RGJ

BRAD LEE SCHUHMANN                                                                   DEFENDANT

## **ORDER**

This matter is before the Court on motion of the United States of America to unseal the Indictment in the case at bar. **IT IS ORDERED** that the motion is **GRANTED**.

Copies to Counsel